Catherine Bowen, Respondent, v. George A. Ray Manufacturing Company, Appellant, Impleaded with Another.—Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Dee, Respondent, v. Corning and Painted Post Street Railway, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the finding of the jury that the car stopped and started with a sudden jerk, is against the weight of the evidence. All concurred, except Kruse, P. J., who dissented.

The People of the State of New York, Respondent, v. Philip McCarren, Appellant.— Judgment of conviction and order affirmed. All concurred.

In the Matter of the Application of William Ten Jost to Review the Action of Certain Inspectors of Primary Election, etc., in the City of Buffalo.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

Joseph Stephan and Another, Respondents, v. William Hall Robinson, Impleaded with Others, Appellants.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion, without prejudice to such remedy as appellant may have for relief against the judgment appealed from and the withdrawal of his answer.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, etc., for an Order Revoking and Canceling Liquor Tax Certificate No. 16,122, Issued to Nellie Schindler.— Motion granted and order of reversal entered herein on March 26, 1915, amended so as to allow to the intervenors ten dollars costs and disbursements on the appeal and fifty dollars costs and disbursements at Special Term.

Huggins Lumber Company, Respondent, v. Homer J. Phelps, Impleaded with Earl L. Miller, Appellant.— Order reversed, with costs, and verdict reinstated, with costs. Held, that there was an adequate consideration to support the agreement to release the appellant Miller and that the evidence was sufficient to sustain the verdict. All concurred, except Merrell, J., who dissented; De Angelis, J., not sitting.

The Monroe Brewing Company, Respondent, v. John F. Bartels, Appellant.— Judgment affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented upon the ground that the resolution electing defendant as president " for the ensuing year " and fixing his salary is ambiguous as to the term of such employment and its meaning as intended by the parties should have been submitted to the jury as a question of fact.

Michael Zeitler, Respondent, v. Henry Harder, Appellant.— Judgment and order affirmed, with costs. All concurred.